UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Henry L. Farrin, Jr.

      v.                                                      Civil No. 15-cv-102-JL

NationStar Mortgage, LLC

## RECUSAL ORDER

I hereby recuse myself from presiding over this case, and request that the clerk re-assign this matter.


SO ORDERED.

April 24, 2014

                                                      Joseph N. Laplante
                                                      Chief Judge


cc:    Scott C. Borison, Esq.
       Roger B. Phillips, Esq.
       Thomas J. Pappas, Esq.