# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| HENRY L. FARRIN, JR.,<br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC,<br>Defendant. | Civil Action No. 1:15-cv-00102-JL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties stipulate to dismiss the above-captioned matter with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| HENRY L. FARRIN, JR. | NATIONSTAR MORTGAGE, LLC |
|---|---|
| By His Attorneys,<br>Phillips Law Office, PLLC | By Its Attorneys,<br>Primmer, Piper, Eggleston & Cramer, LLC |
| __/s/ Roger B. Phillips_____<br>Roger B. Phillips<br>104 Pleasant Street<br>Concord, NH 03301<br>(603) 225-2767<br>roger@phillipslawoffice.com | __/s/ Thomas J. Pappas_____<br>PO Box 3600<br>Manchester, NH 03105-3600<br>(603) 626-3300<br>tpappas@primmer.com |
| Peter A. Holland<br>*Pro Hac Vice*<br>The Holland Law Firm, P.C.<br>914 Bay Ridge Rd. Suite 230,<br>Annapolis, MD 21401<br>(410) 280-6133<br>(410) 280 8650 fax<br>peter@hollandlawfirm.com | D. Kyle Deak, Esquire<br>*Pro Hac Vice*<br>Troutman Sanders<br>434 Fayetteville Street, Ste. 1900<br>Raleigh, NC 27601<br>(919) 835-4133<br>Kyle.deak@troutmansanders.com |

<div style="display: flex;">

Scott C. Borison
*Pro Hac Vice*
Legg Law Firm, LLP
1900 S. Norfolk Rd. Suite 350
San Mateo CA 94403
Borison@legglaw.com
(301) 620-1016
Fax: (301) 620-1018

*Attorneys for Plaintiff*

John C. Lynch, Esquire
Troutman Sanders, LLC
*Pro Hac Vice*
222 Central Park Avenue, Ste. 2000
Virginia Beach, VA 23462
(757) 687-7765
john.lynch@troutmansanders.com

*Attorneys for Defendant*

</div>